IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAINE L. NEVELS, G-16564,       )<br>                                                              )<br>              Petitioner,                         )<br>                                                              )<br>    vs.                                                   )<br>                                                              )<br>ELVIN VALENZUELA, Warden,    )<br>                                                              )<br>              Respondent.                     )<br>_____)  | No. C 15-3968 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Dkt. #2, 3 & 6) |

Petitioner has filed a document titled "Withdrawl of Petition Writ of Habeas Corpus" in which he states that he "would like to voluntarily withdraw my habeas corpus petition" because it "should have been sent" to the California Court of Appeal rather than this court. Dkt. #6 at 1 (sic in original). Petitioner's document is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1) and, pursuant thereto, the above-captioned matter is DISMISSED without prejudice. See American Soccer Co. v. Score First Enters., 187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his action voluntarily before defendants serve answer or motion for summary judgment leaves no role for court to play).

The clerk shall close the file, terminate all pending motions as moot and enter judgment in accordance with this order.

SO ORDERED.

DATED:  Oct. 13, 2015

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.15\Nevels, R.15-3968.dismissal.wpd